IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

CIVIL ACTION NO. 5:10-cv-13(DCB)
CRIMINAL NO. 5:07-cr-17(DCB)

CHARLES EDWARD PRICE                                              DEFENDANT

ORDER

This cause is before the Court on the defendant Charles Edward Price's Motion for Reconsideration **(docket entry 385)** of this Court's Order (docket entry 384) denying his Rule 60(d) Motion for Relief from Judgment (in which the defendant challenged dismissal of his § 2255 motion to vacate). Having carefully considered the defendant's motion, the Court finds no grounds for reconsideration and no basis for relief from this Court's Order. Accordingly,

IT IS HEREBY ORDERED that the defendant Charles Edward Price's Motion for Reconsideration **(docket entry 385)** is DENIED.

SO ORDERED, this the 30th day of October, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE